# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____20-CV-_____
(To be supplied by the court)

ABADE IRIZARRY,
Plaintiff

v.

A. YEHIA BADGE #2097 (Lakewood Police officer),
Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:11 am, Sep 23, 2020
JEFFREY P. COLWELL, CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

# COMPLAINT

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Abade Irizarry 1101 west 7th ave. Denver, Colorado, 80204
(Name and complete mailing address)

720-329-8457
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   A. YEHIA,   Lakewood, Colorado Police Department,   445 S Allison Pkwy 80226
(Name and complete mailing address)

UNKNOWN
(Telephone number and e-mail address if known)

Defendant 2:   NA
(Name and complete mailing address)

NA
(Telephone number and e-mail address if known)

Defendant 3:   NA
(Name and complete mailing address)

NA
(Telephone number and e-mail address if known)

2

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 USC  Section 1983 – FIRST AMENDMENT/ PRESS/ PRIOR RESTRAINT

42 USC  Section 1988 - ATTORNEY'S  FEES

28 USC  Section 1391 (b) – VENUE PROPER

__NA__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____NA____.

If Defendant 1 is an individual, Defendant 1 is a citizen of ____NA____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ____NA____ (name of state or foreign nation).

Defendant 1 has its principal place of business in ____NA____ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:

### FIRST CLAIM FOR RELIEF
### 42 U.S.C. § 1983 – FIRST AMENDMENT VIOLATION
### FREEDOM OF THE PRESS, PRIOR RESTRAINT
### AGAINST DEFENDANT YEHIA

Supporting facts:

1. Plaintiff hereby incorporates herein by reference each of the allegations and statements and paragraphs put forth throughout this complaint as though each were fully set forth here verbatim.

2. Plaintiff conduct did not violate any laws.

3. Defendant(s) acted under the color of law at all times relevant to this claim.

4. Defendant(s) actions and or omissions constituted conduct.

4

D.  STATEMENT OF CLAIMS (continued)

5. Defendant(s) conduct violated clearly established rights secured for plaintiff by the first amendment of the Constitution of the United States which any reasonable person in their position knew or certainly should of known.

6. Defendant(s) engaged in their unlawful conduct wantonly, maliciously, intentionally, willfully, knowingly, recklessly, neglectfully, with deliberate indifference and/or disregard of plaintiff's rights secured by the FIRST amendment of the constitution of the United States.

7. Defendant(s) was/were motivated by intentions other than to bring to justice a person thought to have committed a crime but to punish plaintiff for exercising his rights to which they objected to.

8. Defendant(s) conduct described in this complaint and in this claim constitutes the legal direct and proximate cause for plaintiff's injuries from which this claim arises not limited to financial, emotional, enjoyment of life, and constitutional losses and others.

9. Sunday May 26th at about 0230 hours, plaintiff was video recording a DUI traffic stop near the corner of Reed st. and West Colfax ave. in the city of Lakewood Colorado, U.S.A..

### D.  STATEMENT OF CLAIMS (continued)

10.   Plaintiff  Is a Youtube journalist and blogger which was accompanied by three other YouTube journalists/bloggers which specifically consisted of (YouTube names in brackets):

    a. Eric Brandt (The Eric Brandt Show)

    b. Elijah Westbrook (Silent Citizen)

    c. Michael Sexton (Pikes Peak Auditor)

11.   Plaintiff and his associates were each using cameras and cellphones to record for later broadcast, live-streaming, premiers, and archiving for their respective social media channel

12.   Lakewood police officers on scene had advised defendant Yehia that four males had arrived on scene and were video recording their D.U.I. traffic stop.

13.   A few moments later, defendant Yehia drove up to the scene in full regalia in a Marked cruiser, with every single light available on the cruiser turned on. Flood lights, take down lights. Spot light, colored emergency lights, etcc..

14.   Yehia, then exited his cruiser, and intentionally positioned himself directly in front of plaintiff, Mr. Irizarry, purposefully readjusting himself to make sure that he intentionally obstructed the camera view of the D.U.I. Roadside sobriety test.

15.   It was Yehia's clear intention to irritate and obstruct the plaintiff's recording device preventing the clear and meaningful collection of the ENTIRE content as it unfolded for his publication.

6

<u>D.  STATEMENT OF CLAIMS (continued)</u>

16.    Plaintiff and Mr. Brandt immediately spoke up and voiced their disapproval of the intentional obstruction of content gathering by defendant. They began to loudly criticize the defendant.

17.    Yehia the pulled out a large, extremely bright flashlight and began to shine it in both the plaintiff's camera as well as Mr. Brandt's saturating the camera sensors.

18.    Yehia began to focus on Mr. Brandt focusing his blindingly bright flashlight now at Mr. Brandt and harassing him.

19.   Yehia sustained his action, harassing plaintiff and Mr. Brandt until a fellow officer walked up and intervened and instructed him to stop.

20.  Yehia then returned to his cruiser, sat back in it, threw it in drive, then drove right at the plaintiff and Mr. Brandt, and sped away.

21.   Yehia then performed an illegal u-turn and gunned his cruiser directly at Mr. Brandt,swerved around him, stopped, then repeatedly began to blast his air horn at Mr. Irizarry and Mr. Brandt.

22.    Yehia was ultimately instructed to deport the scene due to his disruptive and uncontrolled behavior.

D.  STATEMENT OF CLAIMS (continued)

23. Yehia's actions constituted substantial interfernce preventing Plaintiff and Mr. Brandt from adequately collecting meaningful which the intended to, or had already been actively actively attempting to publish.

24. Mr. Irizarry is a journalist who regularly publishes stories about police brutality and conduct or misconduct.

25. Mr. Irizarry as well as Mr. Brandt were in traditional public forum, open for free expression, protect from government intrusion, pursuant to the first amendment of the constitution of the United States.

26. Mr. Irizarry was was gathering content on matters of public concern, i.e. police conduct, the DUI stop, and the treatment of their citizens while being watched when Yehia interfered with his ability to do so without any legal justification to do so.

27. Yehia's unprofessional, unlawful, and unreasonable conduct deprived plaintiff his rights to freedom of the press secured by the first amendment of the United States Constitution.

28. By purposefully interferening with Mr. Irizarry's and Mr. Brandts and obstructing their ability to gather content they had intended to publish on their respective social media channels, Yehia's conduct constituted a blatant prior restraint on their right to free speech and free press.

**E.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. Plaintiff requests a jury trial for all matters so triable;

2. Appropriate declaratory and other injunctive and/or equitable relief;

3. Compensatory and consequential damages, including those for emotional distress, loss of reputation, and other pain and suffering on all claims allowed by law in amounts to be determined at trial;

4. All economic losses on all claims allowed by law;

5. Punitive damages on all claims allowed by law and in amounts to be determined at trial;

6. Attorney's fees and the costs associated with this action including but not limited to those associated with criminal defense, consultation, paralgal services, investigations, depositions, witness and expert witness fees on claims allowed by law;

7. Pre- and post- judgment interest at lawful rate;

8. Any further relief this court deems just and proper, and any other relief allowed by law.

**PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Date:  September 22, 2020___          s/_____
                                     **Abade Irizarry**, Pro Se
                                     1101 West 7th Avenue
                                     Denver, CO 80204
                                     (720) 329-8457
                                     libertyfreaktv@gmail.com

(Form Revised December 2017)

10