IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02881-GPG

ABADE IRIZARRY,

    Plaintiff,

v.

A. YEHIA, *Lakewood Police Officer Badge #2097*,

    Defendant.

## ORDER ASSIGNING CASE

After review under D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear appropriate for summary dismissal. Therefore, the case will be assigned to Magistrate Judge Nina Y. Wang. *See* D.C.COLO.LCivR 8.1(c), 40.1(d)(1); *Irizarry v. Crone*, Civil Action No. 20-cv-02068-NYW (pending).

Accordingly, it is **ordered** that this case shall be assigned to Magistrate Judge Nina Y. Wang.

DATED October 15, 2020.

                                                BY THE COURT:

                                                Gordon P. Gallagher
                                                United States Magistrate Judge