IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02881-GPG

ABADE IRIZARRY,

    Plaintiff,

v.

A.YEHIA BADGE #2097 (Lakewood Police Officer),

    Defendant.

___

**ENTRY OF APPEARANCE**
___

    Mark S. Ratner, Esq., of Hall & Evans, L.L.C., hereby enters his appearance for Defendant A. Yehia.

    Respectfully submitted this 17th day of February, 2021.

    Respectfully submitted,

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Meredith L. McDonald, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3300
Fax: 303-628-3368
mcdonaldm@hallevans.com
ratnerm@hallevans.com
ATTORNEYS FOR DEFENDANT
A. YEHIA

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 17th day of February 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and mailed or e-mailed a copy to the following:

Abade Irizarry
11452 County Road B
Manzanola, Colorado 81058
libertyfreaktv@gmail.com

                                        *s/ Sarah M. Stefanick, Legal Assistant to*
                                        Mark S. Ratner, Esq.
                                        Meredith L. McDonald, Esq.
                                        Hall & Evans, LLC
                                        1001 17th Street, Suite 300
                                        Denver, CO 80202
                                        303-628-3300
                                        Fax: 303-628-3368
                                        mcdonaldm@hallevans.com
                                        ratnerm@hallevans.com

                                        ATTORNEYS FOR DEFENDANT
                                        A.Yehia