FILED
United States Court of Appeals
Tenth Circuit

July 11, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

ABADE IRIZARRY,

    Plaintiff - Appellant,

v.

A. YEHIA,

    Defendant - Appellee.

------------------------------

FIRST AMENDMENT SCHOLARS; JANE BAMBAUER; ASHUTOSH BHAGWAT; CLAY CALVERT; ALAN K. CHEN; MARGOT E. KAMINSKI; SETH F. KREIMER; JUSTIN F. MARCEAU; HELEN NORTON; SCOTT SKINNER-THOMPSON; NATIONAL POLICE ACCOUNTABILITY PROJECT; CATO INSTITUTE; ELECTRONIC FRONTIER FOUNDATION; UNITED STATES OF AMERICA,

    Amici Curiae.

No. 21-1247
(D.C. No. 1:20-CV-02881-NYW)
(D. Colo.)

---

**JUDGMENT**

---

Before **MATHESON**, **KELLY**, and **McHUGH**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is reversed.  The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk